UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BRANDON CLARK | ) |
|      Plaintiff, | ) |
| | ) |
| | ) |
| v. | ) Case No. 3:25-cv-194-MOC |
| | ) |
| ALDOUS & ASSOCIATES P.L.L.C. | ) |
| | ) **JURY TRIAL DEMANDED** |
| Defendant, | ) |
| | ) |

## COMPLAINT AND DEMAND FOR JURY TRIAL

## I. INTRODUCTION

1. This is an action for actual and statutory damages brought by Brandon Clark, an individual consumer, against Defendant, Aldous & Associates P.L.L.C., for violations of the Fair Debt Collection Practices Act, 15 U.S.C ¬ß 1692 et seq. (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

## II. JURISDICTION AND VENUE

2. Jurisdiction of this court arises under 15 U.S.C ¬ß 1692k(d) & 28 U.S.C 1331. Venue in this District is proper as the Defendant conducts business in this District.

## III. PARTIES

3. Plaintiff Brandon Clark (hereinafter "Plaintiff") is a natural person residing in NC Plaintiff is a consumer as defined by the Fair Debt Collection Practices Act, 15 U.S.C. ¬ß1692a(3).

4. Defendant Aldous & Associates P.L.L.C. is a Utah corporation with its principal place of business located at 4625 SOUTH 2300 EAST, ST 207, HOLLADAY, UT, 84117

6. Defendant is engaged in the collection of debt from consumers using the mail and telephone. Defendant regularly attempts to collect consumers' debts alleged to be due to another.

# IV. FACTS OF THE COMPLAINT

7. On or about December 30, 2024 Plaintiff reviewed his credit report & noticed a collection account being furnished by the debt collector.

8. In response, Plaintiff made a dispute call to Aldous & Associates P.L.L.C., clearly stating his disagreement with the amount being reported. Plaintiff states the account is supposed to be around "$300, not $500"

9. Plaintiff was told by a representative of Aldous & Associates that they have "no information or answer" regarding his dispute.

10. Despite this dispute call, the Defendant failed to update the account accurately. On January 25, 2025 Plaintiff checked his credit report again and found that the no dispute notation was placed under the collection account.

11. The Defendant's failure to update the account accurately is a violation 15 U.S.C ¬ß 1692e(8).

12. As a result of the Defendant's actions, Plaintiff has suffered actual damages, including emotional distress, mental anguish, and harm to his credit reputation.

## V. FIRST CLAIM FOR RELIEF

### *Violations of 15 U.S.C. ¬β1692e(8) - False, Deceptive, or Misleading Collection Actions*

13. Plaintiff re-alleges and reincorporates paragraphs 1-12 as if fully set out

herein.

14. The Debt Collector – Aldous & Associates P.L.L.C. violations of the

FDCPA include, but are not limited to, the following:

    (a) Aldous & Associates P.L.L.C. violated 15 U.S.C § 1692e(8) of the FDCPA

        by failing to disclose to the consumer reporting agencies that the alleged debt

        was disputed by Plaintiff. Because

15. Plaintiff disputed the debt Aldous & Associates P.L.L.C.., when choosing to
contact the consumer reporting agencies, was obligated to inform them of the
disputed status of the account. See Dixon v. RJM Acquisitions, L.L.C., 640 Fed.
Appx. 793 (10th Cir. 2016) (Reversed summary judgment to the collection agency
on the consumer's § 1692e(8) claim that after she had disputed a debt, the agency
had nevertheless reported the debt without disclosing the disputed. The consumer
created a genuine fact issue given that she said during the recorded conversation: "I
feel that all I owe is $20." A reasonable fact finder could treat the statement as a
dispute of the alleged $102.99 debt.); Llewellyn v. Allstate Home Loans, Inc., 711

F.3d 1173 (10th Cir. 2013) "(We agree with the Eighth Circuit's interpretation of § 1692e(8) that a debt collector does not have an affirmative duty to notify [credit reporting agencies] that a consumer disputes the debt unless the debt collector knows of the dispute and elects to report to a CRA.").

16. Aldous & Associates P.L.L.C. violated Plaintiff's right not to be the target of misleading debt collection communications.

17. Aldous & Associates P.L.L.C. violated Plaintiff's right to a truthful and fair debt collection process.

18. Aldous & Associates P.L.L.C.'s communications with Plaintiff were deceptive and misleading.

19. Aldous & Associates P.L.L.C. used unfair and unconscionable means to attempt to collect the alleged debt.

20. Aldous & Associates P.L.L.C.'s communications were designed to cause the debtor to suffer a harmful disadvantage in charting a course of action in response to Aldous & Associates P.L.L.C.'s collection efforts.

21. Aldous & Associates P.L.L.C.'s failure to mark the debt as disputed that it knows or should have known is disputed violates §§ 1692e, 1692e(8) of the FDCPA.

22. Plaintiff has suffered actual damages including but not limited to, fear, stress, mental anguish, emotional distress, and acute embarrassment.

23. As a result of the above violations of the FDCPA, Defendant Aldous & Associates P.L.L.C. is liable to Plaintiff for actual damages, statutory damages, and costs.

## VI. JURY DEMAND AND PRAYER FOR RELIEF

WHEREFORE, Plaintiff Brandon Clark respectfully prays that this Honorable Court:

A. Declares that the actions of Aldous & Associates P.L.L.C.. violated the FDCPA.

B. Enters Judgment in favor of Plaintiff and against Defendant for violating the FDCPA for:

      i. Actual damages pursuant to 15 U.S.C 1692k(1)(2);

     ii. Statutory damages pursuant to 15 U.S.C 1692k(2);

    iii. For such other and further relief as the Court may deem just and proper.

Respectfully submitted:

Brandon Clark

720 S Highland Ave

Landis NC 28088

brandon.clark34515@gmail.com